IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Miggins, Hardin O | Case Number: 04 B 34649 |
|---|---|---|
| | Miggins, Leslie C | Judge: Hollis, Pamela S |
| | Printed: 10/7/08 | Filed: 9/17/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: August 21, 2008
Confirmed: November 15, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 27,835.10 | |
| Secured: | | 7,121.88 |
| Unsecured: | | 17,164.74 |
| Priority: | | 0.00 |
| Administrative: | | 2,080.00 |
| Trustee Fee: | | 1,468.47 |
| Other Funds: | | 0.01 |
| Totals: | 27,835.10 | 27,835.10 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Lorraine Greenberg & Assoc LLC | Administrative | 2,080.00 | 2,080.00 |
| 2. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Financial | Secured | 0.00 | 0.00 |
| 4. | Wells Fargo Financial | Secured | 3,000.00 | 3,000.00 |
| 5. | Wells Fargo Home Mortgage | Secured | 2,455.64 | 2,455.64 |
| 6. | Systems & Services Technologies | Secured | 1,666.24 | 1,666.24 |
| 7. | Wells Fargo | Unsecured | 5,878.54 | 5,878.54 |
| 8. | World Financial Network Nat'l | Unsecured | 325.60 | 325.60 |
| 9. | Resurgent Capital Services | Unsecured | 678.82 | 678.82 |
| 10. | ECast Settlement Corp | Unsecured | 447.38 | 447.38 |
| 11. | Resurgent Capital Services | Unsecured | 912.43 | 912.43 |
| 12. | World Financial Network Nat'l | Unsecured | 191.28 | 191.28 |
| 13. | Resurgent Capital Services | Unsecured | 2,250.00 | 2,250.00 |
| 14. | Cingular Wireless | Unsecured | 1,323.83 | 1,323.83 |
| 15. | World Financial Network Nat'l | Unsecured | 352.88 | 352.88 |
| 16. | Capital One | Unsecured | 960.70 | 960.70 |
| 17. | ECast Settlement Corp | Unsecured | 1,428.51 | 1,428.51 |
| 18. | Max Flow Corporation | Unsecured | 348.37 | 348.37 |
| 19. | Max Recovery Inc | Unsecured | 1,269.26 | 1,269.26 |
| 20. | ECast Settlement Corp | Unsecured | 591.47 | 591.47 |
| 21. | Systems & Services Technologies | Unsecured | 205.67 | 205.67 |
| 22. | Four P Federal Credit Union | Secured | | No Claim Filed |
| 23. | Capital One | Unsecured | | No Claim Filed |
| 24. | Four P Federal Credit Union | Unsecured | | No Claim Filed |
| 25. | Credit Protection Association | Unsecured | | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Miggins, Hardin O | Case Number: 04 B 34649 |
|---|---|---|
| | Miggins, Leslie C | Judge: Hollis, Pamela S |
| | Printed: 10/7/08 | Filed: 9/17/04 |

| | | | | |
|---|---|---|---|---|
| 26. | First Northern Credit Union | Unsecured | | No Claim Filed |
| 27. | Sams Club | Unsecured | | No Claim Filed |
| 28. | Household Retail Services | Unsecured | | No Claim Filed |
| 29. | Paul Michael Marketing | Unsecured | | No Claim Filed |
| 30. | CB USA | Unsecured | | No Claim Filed |
| 31. | Wells Fargo Fin Acceptance | Unsecured | | No Claim Filed |
| 32. | North Shore Agency Inc | Unsecured | | No Claim Filed |
| 33. | Sherman Acquisition | Unsecured | | No Claim Filed |
| 34. | Resurgent Capital Services | Unsecured | | No Claim Filed |
| 35. | World Financial Network Nat'l | Unsecured | | No Claim Filed |
| | | | $ 26,366.62 | $ 26,366.62 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 96.71 |
| 4% | 19.80 |
| 3% | 36.33 |
| 5.5% | 376.10 |
| 5% | 131.90 |
| 4.8% | 229.63 |
| 5.4% | 578.00 |
| | $ 1,468.47 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

